United States District Court
Southern District of Texas
**ENTERED**
September 21, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULISSA C. M.[1], Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-456 |
| FRANCISCO VENEGAS, *et al.*, Respondents. | § § § | |

**ORDER TO RESPOND**

On September 14, 2026, Petitioner filed a "Notice of Voluntary Dismissal" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) without prejudice.[2] Dkt. No. 10. In this Notice, Petitioner requests the Court dismiss her Writ of Habeas Corpus under 28 U.S.C. § 2241 without prejudice.

Because the Government has filed a response and motion for summary judgment (Dkt. No. 10), the Court notes the Government may oppose voluntary dismissal on prejudice grounds.[3]

If the Government so wishes to oppose on prejudice grounds, the Court **ORDERS** the Government to file a response to Petitioner's "Notice of Voluntary Dismissal" (Dkt. No. 10) no later than **September 25, 2026.** If there is no response, the Court will consider the dismissal unopposed.

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

[2] Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to dismiss an action voluntarily without a court order "before the opposing party serves either an answer or a motion for summary judgment." In the instant case, the Government filed a Response to the Petition and a Motion for Summary Judgment (Dkt. No. 8).

[3] While habeas corpus petitioners arising under § 2241 are amenable to dismissal under the abuse of the writ doctrine, they are not subject to the gatekeeping provisions of § 2244(b). *See In re Aldama Aleman,* No. 26-50451, 2026 WL 2192789 (5th Cir. July 29, 2026)*;* 28 U.S.C. § 2244(b) (limiting the gatekeeping procedure to petitions brought under 28 U.S.C. § 2254). However, the district court may raise abuse of the writ sua sponte. *McQueen v. Whitley*, 989 F. 2d 184, 185 (5th Cir. 1993).

The Court will entertain a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) should Petitioner still seek voluntary dismissal of this action without a court order.[4]

Signed on September 21, 2026.

Karen Betancourt
United States Magistrate Judge

[4] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a Plaintiff to dismiss an action voluntarily without a court order by filing "a stipulation of dismissal signed by all parties who have appeared."