United States District Court
Southern District of Texas
**ENTERED**
October 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JULISSA C. M., "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00456 |
| FRANCISCO VENEGAS, *et al.*, "Respondents." | § | |
| | § | |
| | § | |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition"), Respondents' "Response to the Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 8) ("MSJ"), Petitioner's "Notice of Voluntary Dismissal" (Dkt. No. 10) ("Notice"), and the Magistrate Judge's "Order to Respond" (Dkt. No. 11) ("Order").

On September 14, 2026, Petitioner filed her Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 10. Because Respondents filed their MSJ before Petitioner filed her Notice, *see* Dkt. Nos. 8 & 10, the Court construes the Notice as a request for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2) ("Rule 41(a)(2)").

After an adverse party has served an answer or motion for summary judgment, Rule 41(a)(2) permits an action to be "dismissed at the [petitioner's] request only by court order, on terms that the court considers proper." FED. R. CIV. P. 41(a)(2). Motions for voluntary dismissal should generally be granted absent plain legal prejudice to the nonmovant or evidence of abuse by the movant. *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002).

To assess whether voluntary dismissal would prejudice Respondents, the Magistrate Judge issued an Order directing Respondents to file any statement of opposition or prejudice by September 25, 2026. Dkt. No. 11 at 1. The Order advised that failure to timely file would deem Petitioner's request unopposed. *Id*. No statement was filed.

Finding no evidence of abuse by Petitioner or plain legal prejudice to Respondents, the Court grants Petitioner's request for voluntary dismissal. The Petition (Dkt. No. 1) is hereby

**DISMISSED without prejudice**. Respondents' MSJ (Dkt. No. 8) is further **DENIED** as moot. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this October 15, 2026

Rolando Olvera
United States District Judge